No. 802. MASSACHUSETTS MUTUAL LIFE INSURANCE Co. *v.* SECURITIES & EXCHANGE COMMISSION ET AL. March 25, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. MR. JUSTICE DOUGLAS took no part in the consideration or

decision of this application. *Roscoe Anderson* for petitioner. *Solicitor General McGrath, Roger S. Foster, David K. Kadane* and *Arnold R. Ginsburg* for the Securities & Exchange Commission, and *Guy A. Thompson* for the Laclede Gas Light Co., respondents.